# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Thomas D. Tichenor,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:08CV479

Bank of America Corporation,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 17, 2009 Order.

                                        Signed: July 17, 2009

_____
Frank G. Johns, Clerk
United States District Court